WILLIAM HARVEY SMITH, Respondent, v. ROBERT INGERSOLL BROWN, Appellant, and EVA I. B. WAKEFIELD, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, sufficient facts are alleged in the counterclaim to show that plaintiff's conduct in the California proceedings resulted in damage to the extent claimed in the counterclaim. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

MARGARET L. SNYDER, Respondent, v. KATE MANDEL, Appellant, and BENJAMIN MOSTEL, Defendant.— Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BECKIE SORBLUM, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. While the admission of the indorsement upon plaintiff's Exhibit 8 was error, we are of the opinion that in view of the other evidence it was not prejudicial. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Davis, J., concurs for affirmance, being of the opinion that the entry in the government records was admissible in evidence under section 374-a of the Civil Practice Act.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

FRANK E. WALL, Respondent, v. APOLLO OPERATING CORPORATION, Appellant. — Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein respondent stipulate to reduce the amount of the verdict to $5,000; in which event the judgment as thus modified is affirmed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JOSEPH WARSHOW and ROSE W. LEVY, as Executors, etc., of HENRY WARSHOW, Appellants, v. FRANCES HERRON and Others, Defendants, Impleaded with BERTHA S. KING, as Committee, etc., of SIMON KING, an Incompetent Person, Respondent. — Order granting application of committee of an incompetent person to be substituted as a defendant in the place and stead of said incompetent person, to appear in the action and to apply for the vacatur of an order, affirmed, with ten dollars costs and disbursements. (Civ. Prac. Act, § 108; *Ladd* v. *Stevenson*, 112 N. Y. 325.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.